# ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

AUG 18 2015

James N. Hatten, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MICHAEL C. FORD
A/K/A DAVID ANDERSON
A/K/A JOHN PARSONS

Indictment

No. 1.  15-CR-319

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment:

## COUNTS ONE THROUGH SEVENTEEN:

### Defendant's Computer Hacking, Cyber Stalking, and Sextortion Scheme

1.   Beginning in or about January 2013 through in or about May 2015, the defendant, MICHAEL C. FORD, a.k.a. "David Anderson" and "John Parsons" ("FORD"), then a State Department employee, while living in the United Kingdom and using his State Department-issued computer at the U.S. Embassy in London and other electronic devices, engaged in a computer hacking, cyber stalking, and extortion campaign that victimized hundreds of people around the United States.

### Overview of Manner and Means

2.   FORD perpetrated his criminal scheme by tricking potential victims into divulging the passwords to their online e-mail accounts (and other accounts).   By

posing as a member of Google Inc.'s[1] (non-existent) "Account Deletion Team," among others, Ford sent fraudulent e-mail messages falsely notifying potential victims that their e-mail and online accounts would be deleted unless they sent him the passwords to their accounts.

3.   Using these passwords, FORD accessed without authorization (*i.e.,* he hacked into) the victims' online accounts (including Google, Facebook,[2] Twitter,[3] iCloud,[4] Picasa,[5] and other e-mail accounts) and attempted to obtain sensitive personally identifiable information ("PII") and sexually explicit photographs contained in these and other victim accounts.

4.   For example, after FORD accessed a victim's e-mail account, he searched the account for the victim's sexually explicit photographs, as well as other personal information about the victim, such as the victim's name, address, phone number, and similar photographs and information about the victim's friends, family members, and acquaintances.  While in the account, FORD attempted to identify additional online accounts and passwords, with a particular focus on accounts commonly used to store photographs (for example Picasa, Facebook, or

---

[1] Google Inc. ("Google") is an interactive computer service provider that provides electronic mail ("e-mail") and other electronic communications services to users all over the world.

[2] Facebook, Inc. ("Facebook") provides social networking and other electronic communications services to users all over the world.

[3] Twitter, Inc. provides communications services to users all over the world.

[4] Apple, Inc. provides online remote "cloud" storage, which it refers to as "iCloud," and other services to users all over the world.

[5] Picasa provides online photograph sharing services to users all over the world.

an iCloud storage account). FORD also attempted to obtain additional e-mail addresses to identify other potential victims.

5. After obtaining the stolen sexually explicit photographs and other PII, FORD sent online communications to his victims (including e-mail messages and instant message chats) using false names such as "David Anderson" and "John Parsons." In those communications, FORD attached the stolen sexually explicit photographs of the victims and threatened to distribute the photographs on the internet, as well as to specifically identified friends, family members, and acquaintances, along with the victims' names, addresses, and other sensitive information. This is commonly referred to as "sextortion."

6. FORD repeatedly demanded that victims take, and then send to him, sexually explicit pictures and videos of others. He also repeatedly demanded that they send him PII and account passwords belonging to the victims or the victims' friends, family members, or acquaintances.

7. If victims refused to comply, begged FORD to leave them alone, or threatened to notify law enforcement, FORD responded by sending additional threats to widely distribute the photographs on the internet and to victims' family and friends, along with the victims' names, addresses, and phone numbers.

8. On multiple occasions, FORD carried through with his threats to send sexually explicit photographs to the victims' family members, friends, and acquaintances.

3

9.  Based on the investigation to date, FORD sent at least 4,500 "phishing e-mails" (*i.e.*, e-mails designed to trick users into divulging their e-mail passwords); he hacked into at least 200 victims' online accounts; he forwarded at least 1,300 stolen e-mail messages to himself from those hacked accounts, which contained thousands of sexually explicit photographs as attachments; he sent threatening and harassing electronic communications to at least 75 victims; and in numerous instances, FORD carried out his threats and distributed sexually explicit images to friends and family members of victims.

### FORD'S VICTIMS

10.  FORD's scheme primarily targeted young women and aspiring models. For example, to locate potential victims, FORD hacked into one or more e-mail accounts belonging to one or more U.S.-based modeling agencies.   He also appeared to target women who were members of sororities at universities and colleges in the United States.  On at least one occasion, FORD targeted a young man.

11.  FORD victimized numerous individuals including Jane Doe One,[6] Jane Doe Two,[7] Jane Doe Three,[8] Jane Doe Four,[9] Jane Doe Five,[10] Jane Doe Six,[11] John Doe Seven,[12] Jane Doe Eight,[13] Jane Doe Nine,[14] and Jane Doe Ten.[15]

---

[6] "Jane Doe One," with the initials B.G., is an 18-year-old female who resided in the Western District of Kentucky.

[7] "Jane Doe Two," with the initials C.A., is a 22-year-old female who resided in the Northern District of Illinois.

[8] "Jane Doe Three," with the initials A.H., is a female who resided in the District of Arizona.

4

## Jane Doe One

12.  In or before August 2014, FORD sent an e-mail message to Jane Doe One's Google e-mail account, posing as a Google representative and claiming that Jane Doe One's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe One provided her password, as directed.

13.  In or about August 2014, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe One, including her Google e-mail account.   FORD obtained from the hacked accounts a sexually explicit photograph of Jane Doe One, as well as other personally identifiable information about her, including her name, address, and the names and phone numbers of several of her acquaintances.

---

[9] "Jane Doe Four," with the initials A.A., is a female who resided in the Eastern District of New York.

[10] "Jane Doe Five," with the initials E.R., is a female who resided in the Eastern District of Tennessee.

[11] "Jane Doe Six," with the initials H.M., is a 21-year-old female who resided in the Southern District of Indiana.

[12] "John Doe Seven," with the initials J.A., is a 20-year-old male who resided in the Southern District of California.

[13] "Jane Doe Eight," with the initials C.C., is a 24-year-old female who resided in the Southern District of Florida.

[14] "Jane Doe Nine," with the initials N.G., is a 24-year-old female who resided in the Eastern District of New York.

[15] "Jane Doe Ten," with the initials K.M., is a 20-year-old female who resided in the Northern District of Georgia.

14.  In or about January and February 2015, FORD sent multiple e-mails to Jane Doe One telling her that he had one or more sexually explicit photographs of her and knew her PII.   As proof, FORD sent Jane Doe One a sexually explicit photograph of Jane Doe One.  FORD threatened that he would distribute the photograph of Jane Doe One, along with her PII, widely on the internet.  He also threatened to send it to several of her acquaintances, whom he listed by first name and last name.  FORD wrote that he would carry out his threats unless Jane Doe One took, and sent FORD, sexually explicit videos of "girls" and "sexy girls" taking their clothes off in changing rooms at gyms, pools, or clothing stores.

15.  When Jane Doe One refused and begged FORD to leave her alone, FORD responded, "OK Time's up.  Everything I have will be posted online and sent to your friends.  Pictures, names, phone number, home address . . . I gave you a chance and you blew it." "Ok.  They all go to your friends."

### Jane Doe Two

16.  In or before March 2015, FORD sent an e-mail message to Jane Doe Two's Google e-mail account, posing as a Google representative and claiming that Jane Doe Two's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Two provided her password, as directed.

17.  In or about March 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Two, including her Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of Jane Doe Two, as well as other

personally identifiable information about her, including her name, address, and the contact information of several of her family members.

18.   In or about March 24-25, 2015, FORD sent multiple e-mails to Jane Doe Two telling her that he had one or more sexually explicit photographs of her and knew her PII and her family members' contact information.  As proof, FORD sent Jane Doe Two one or more sexually explicit photographs of Jane Doe Two. FORD threatened Jane Doe Two that he would distribute the photographs of Jane Doe Two, along with her PII, widely on the internet.  FORD also threatened to send the photographs to Jane Doe Two's parents, whom he listed by first name and last name and e-mail address.  FORD wrote that he would carry out his threats unless she e-mailed him back.  FORD later sent e-mail messages to Jane Doe Two's parents, asking personal questions about Jane Doe Two.

### Jane Doe Three

19.   In or before February 2015, FORD sent an e-mail message to Jane Doe Three's Google e-mail account, posing as a Google representative and claiming that Jane Doe Three's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Three provided her password, as directed.

20.   In or about February 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Three, including her Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of Jane Doe Three, as well her PII, including her name and address, and the contact information of her parents.  He

also obtained information about her travel itinerary for a recent trip, including her hotel location and room number.

21.  In or about February 17-18, 2015, FORD sent multiple e-mails to Jane Doe Three writing to her that he had one or more sexually explicit photographs of her and knew her PII and her mother's contact information.  As proof, FORD sent Jane Doe Three one or more sexually explicit photographs of Jane Doe Three, along with the personally identifiable information.  FORD threatened Jane Doe Three that he would e-mail the photograph of Jane Doe Three to her mother, listing her mother's e-mail address.

22.  When Jane Doe Three asked FORD not to send the photographs and accused FORD of committing blackmail, FORD replied, "Ok, I'll send them to her today."

23.  On or about February 18, 2015, FORD then sent an e-mail message to Jane Doe Three's mother, with attachments that contained the sexually explicit photographs of Jane Doe Three.  In the e-mail, FORD wrote, "Check out your little girl."

### Jane Doe Four

24.  In or before August 2014, FORD sent an e-mail message to Jane Doe Four's Google e-mail account, posing as a Google representative and claiming that Jane Doe Four's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Four provided her password, as directed.

25. In or about August 2014, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Four, including her Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of Jane Doe Four, as well as other personally identifiable information about her, including the city she lived in, and the contact information of several of her acquaintances.

26. On or about February 25, 2015, FORD sent multiple e-mails to Jane Doe Four writing to her that he had one or more sexually explicit photographs of her and knew her personally identifiable information.   As proof, FORD sent Jane Doe Four one or more sexually explicit photographs of Jane Doe Four, along with the personally identifiable information and contact information.  FORD threatened Jane Doe Four that he would distribute the photographs of Jane Doe Four to her family members and acquaintances, listing several names and e-mail addresses.  FORD wrote that he would carry out his threats unless Jane Doe Four took and sent FORD sexually explicit videos of "girls" taking their clothes off in changing rooms at gyms or clothing stores.

27. When Jane Doe Four refused, FORD wrote, "You have until Friday to try to or I send everything to your family."  When Jane Doe Four threatened to go to the police, FORD responded, "Go right ahead.  You go and everything gets posted to your family."

### Jane Doe Five

28. In or before August 2014, FORD sent an e-mail message to Jane Doe

Five's Google e-mail account, posing as a Google representative and claiming that Jane Doe Five's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Five provided her password, as directed.

29.  In or about August 2014, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Five, including her Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of Jane Doe Five.

30.  In or about February 27-28, 2015, FORD sent multiple e-mails to Jane Doe Five writing to her that he had one or more sexually explicit photographs of her. As proof, FORD sent Jane Doe Five one or more sexually explicit photographs of Jane Doe Five.  FORD threatened Jane Doe Five that he would distribute the photographs of Jane Doe Five widely on the internet, unless she took and sent him sexually explicit videos of "girls" taking their clothes off in the changing room of her gym.

31.  When Jane Doe Five refused, FORD wrote, "Ok, I'll send and post what I have of you."  When Jane Doe Five threatened to file charges, FORD responded, "You can't touch me."  When she threatened to go to the police, writing "that's pornography without my consent," FORD responded, "Like I care."

### Jane Doe Six

32.  In or before January 2015, FORD sent an e-mail message to Jane Doe Six's Google e-mail account, posing as a Google representative and claiming that Jane

Doe Six's Google e-mail account was going to be deleted or disabled unless she provided her password. Jane Doe Six provided her password, as directed.

33. In or about January 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Six, including her Google e-mail account. FORD obtained from the hacked account sexually explicit photographs of Jane Doe Six, as well as contact information of several of her family members and acquaintances, including their phone numbers, first names, last names, and e-mail addresses.

34. On or about February 17-19, 2015, FORD sent multiple e-mails to Jane Doe Six writing to her that he had one or more sexually explicit photographs of her and that he knew her personally identifiable information. As proof, FORD sent Jane Doe Six one or more sexually explicit photographs of Jane Doe Six. FORD threatened Jane Doe Six that he would distribute the photographs of Jane Doe Six to her family members, including her daughter, and several of her acquaintances, whom FORD listed by first name, last name, and phone number. He further threatened to post the photographs online, along with Jane Doe Six's name, address, and phone number. FORD wrote that he would carry out his threats unless she took and sent FORD sexually explicit videos of "girls" taking their clothes off in changing rooms.

35. When Jane Doe Six refused, FORD responded, "Time's up." "Alright (sic) it's your call. I'm sending them today. I'm sure your little one would love to see her mommy like that." "E-mail sent to [Jane Doe Six's family member]. Hope she likes them."

11

36.   When Jane Doe Six advised FORD that she would go to the police, FORD responded, "I'm sooooo scared."  "I'll be waiting for [the detective]."

### John Doe Seven

37.   In or before January 2015, FORD sent an e-mail message to John Doe Seven's Google e-mail account, posing as a Google representative and claiming that John Doe Seven's Google e-mail account was going to be deleted or disabled unless he provided his password.  John Doe Seven provided his password, as directed.

38.   In or about January 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to John Doe Seven, including his Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of John Doe Seven, as well as other personally identifiable information about him, including his name, address, and the contact information of several of his family members and acquaintances.

39.   On or about January 16-February 20, 2015, FORD sent multiple e-mails to John Doe Seven writing to him that he had one or more sexually explicit photographs of him.   As proof, FORD sent John Doe Seven one or more sexually explicit photographs of John Doe Seven.  One of the photographs depicted a fully nude male, standing in a bathroom.  FORD said, "Check it out.  Look how small your [slang term for male genitalia] is.  I bet your mom ([victim's mother's first name]) would love to see this . . .  Okay, I'm sending this to mommy today!"  In a subsequent e-mail message, FORD included the e-mail addresses of John Doe

Seven's mother and another relative, stating "maybe these two lovely ladies would like the picture."

40.   On or about January 21, 2015, FORD sent an e-mail message to an e-mail account belonging to John Doe Seven's mother, with the text "what do you think of this hot guy?  Poor [John Doe Seven's first name]!" with an attachment of a sexually explicit photograph of John Doe Seven.  He then forwarded that e-mail to John Doe Seven, writing, "Check out who the first message went to."

41.   On or about January 30, 2015, FORD sent John Doe Seven's mother an e-mail message stating, "You have until tonight to e-mail me back or I post everything online."  On February 5, 2015, FORD sent another e-mail to John Doe Seven's mother, threatening to post the sexually explicit photographs online and send them to her friends, along with John Doe Seven's name, phone number, and home address.

42.   On or about February 9, 2015, FORD e-mailed John Doe Seven and demanded that he provide the e-mail passwords for one of John Doe Seven's contacts.

43.   On or about February 19, 2015, FORD complained that John Doe Seven had not responded to his demand.  John Doe Seven responded to FORD, "That's because I'm 16 in those photos and if you post/distribute child porn, you're going to have a bad time."

44.   On or about February 20, 2015, FORD responded, "Do you really think I care?  Alright [sic] I gave you a choice and you passed.  Get ready for some extra attention.  Your details are going on every gay dating website I can find."

13

### Jane Doe Eight

45.  In or before January 2015, FORD sent an e-mail message to Jane Doe Eight's Google e-mail account, posing as a Google representative and claiming that Jane Doe Eight's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Eight provided her password, as directed.

46.  In or before January 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Eight, including her Google e-mail account.   FORD obtained from the hacked account sexually explicit photographs of Jane Doe Eight, as well as contact information of several of her family members and acquaintances, including their phone numbers, first names, last names, and e-mail addresses.

47.  In or about January 7-29, 2015, FORD sent multiple e-mails to Jane Doe Eight writing to her that he had one or more sexually explicit photographs of her and knew her personally identifiable information.   As proof, FORD sent Jane Doe Eight one or more sexually explicit photographs of Jane Doe Eight.  FORD threatened Jane Doe Eight that he would distribute the photographs of Jane Doe Eight to several of her family members and acquaintances, who he listed by first name and last name.

48.  When Jane Doe Eight advised him that she had gone to the police and begged him to leave her alone, FORD responded with further threats.

### Jane Doe Nine

49.  In or before April 2015, FORD sent an e-mail message to Jane Doe Nine's Google e-mail account, posing as a Google representative and claiming that Jane Doe Nine's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Nine provided her password, as directed.

50.  In or about April 2015, FORD, using the fraudulently-obtained password or other means, hacked into one or more online accounts belonging to Jane Doe Nine, including her Google e-mail account.   FORD obtained from the hacked account a sexually explicit photograph of Jane Doe Nine, as well as her home address and telephone number.

51.  On or about April 22-23, 2015, FORD sent multiple e-mails to Jane Doe Nine telling her that he had a sexually explicit photograph of her and knew her personally identifiable information.   As proof, FORD sent Jane Doe Nine a sexually explicit photograph of Jane Doe Nine.  FORD then wrote, "don't worry, it's not like I know where you live."  FORD then sent another e-mail with Jane Doe Nine's home address.  When Jane Doe Nine asked who he was, FORD responded by saying "your worse [sic] nightmare."  FORD then threatened to post her photograph online along with her telephone number, which he provided as proof, and threatened to share her photograph with one of her contacts.

52.   FORD then continued to contact Jane Doe Nine using "G-Chat," which is Google's instant messaging service.  During a heated exchange between FORD and Jane Doe Nine, FORD wrote, "I'm trying to figure out which escort/hooker website i [sic] should post your pictures, phone number and home address on." After an additional exchange, FORD wrote, "i [sic] like your red fire escape ladder, easy to climb."

### Jane Doe Ten

53.   In or about March 2015, FORD sent an e-mail message to Jane Doe Ten's Google e-mail account, posing as a Google representative and claiming that Jane Doe Ten's Google e-mail account was going to be deleted or disabled unless she provided her password.  Jane Doe Ten provided her password, as directed.

54.   In or about March 2015, FORD, using the fraudulently-obtained password, hacked into one or more online accounts belonging to Jane Doe Ten, including her Google e-mail account, in search of sexually explicit photographs and personally identifiable information about Jane Doe Ten.

### Venue and Jurisdiction

55.   Venue is proper in the Northern District of Georgia pursuant to Title 18 United States Code, Section 3238.  FORD began to commit the offenses while he was in the United Kingdom, which is outside of the jurisdiction of any particular United States district.  FORD was arrested in Atlanta, Georgia, on May 17, 2015. Prior to moving to the United Kingdom, FORD's last known address in the United States was in Atlanta, Georgia.  Moreover, the internet traffic to and from

the computers used in the U.S. Embassy in London was routed through interstate and foreign commerce.

## DEFENDANT'S CYBER STALKING

### Counts One through Nine
### (18 U.S.C. § 2261A)

56.  This Indictment re-alleges and incorporates by reference Paragraphs 1 through 55, as if fully set forth herein.

57.  On or about the dates set forth below, the defendant FORD, with the intent to harass and intimidate, used an interactive computer service and an electronic communications service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, specifically e-mail, online chat, and instant messages, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Jane Doe One, Jane Doe Two, Jane Doe Three, Jane Doe Four, Jane Doe Five, Jane Doe Six, John Doe Seven, Jane Doe Eight, and Jane Doe Nine as set forth below; all in violation of Title 18, United States Code, Section 2261A(2)(B).

| Count | Victim | Communication | Sent From | Dates |
|-------|--------|---------------|-----------|-------|
| 1 | Jane Doe 1 | E-mail | U.K. | January-February 2015 |
| 2 | Jane Doe 2 | E-mail | U.K. | March 2015 |
| 3 | Jane Doe 3 | E-mail | U.K. | February 2015 |
| 4 | Jane Doe 4 | E-mail | U.K. | February 2015 |
| 5 | Jane Doe 5 | E-mail | U.K. | February 2015 |
| 6 | Jane Doe 6 | E-mail | U.K. | February 2015 |
| 7 | John Doe 7 | E-mail | U.K. | January- |

| | | | | February 2015 |
|---|---|---|---|---|
| 8 | Jane Doe 8 | E-mail | U.K. | January 2015 |
| 9 | Jane Doe 9 | E-mail | U.K. | April 2015 |

## DEFENDANT'S HACKING AND EXTORTION

### Counts Ten through Sixteen
### (Computer Fraud and Abuse)
### (18 USC § 1030 (a)(7))

58.   This Indictment re-alleges and incorporates by reference Paragraphs 1 through 55, as if fully set forth herein.

59.   On or about the dates set forth below, the defendant FORD, with intent to extort from any person, namely Jane Doe One, Jane Doe Two, Jane Doe Three, Jane Doe Four, Jane Doe Five, Jane Doe Six, and John Doe Seven, anything of value, namely, sexually explicit photographs and videos, computer passwords, and other personally identifiable information, transmitted in interstate and foreign commerce any communication, namely e-mail, online chat, and instant messages, containing any threat to impair the confidentiality of information obtained from a protected computer without authorization, namely by threatening to post on the internet and e-mail to others one or more stolen sexually explicit photographs, along with other personally identifiable information, that FORD obtained from their online accounts without authorization; all in violation of Title 18, United States Code, Section 1030(a)(7)(B).

| Count | Victim | Account Accessed without Authorization | Communication | Sent From | Date |
|---|---|---|---|---|---|
| 10 | Jane Doe 1 | Google | E-mail | U.K. | August 2014-February 2015 |
| 11 | Jane Doe 2 | Google | E-mail | U.K. | March 2015 |
| 12 | Jane Doe 3 | Google | E-mail | U.K. | February 2015 |
| 13 | Jane Doe 4 | Google | E-mail | U.K. | August 2014 – February 2015 |
| 14 | Jane Doe 5 | Google | E-mail | U.K. | August 2014 – February 2015 |
| 15 | Jane Doe 6 | Google | E-mail | U.K. | January 2015 – February 2015 |
| 16 | John Doe 7 | Google | E-mail | U.K. | January – February 2015 |

## DEFENDANT'S "PHISHING"

### Count Seventeen
**(Wire Fraud)**
**(18 U.S.C. § 1343 )**

60.  This Indictment re-alleges and incorporates by reference Paragraphs 1 through 55, as if fully set forth herein.

61.  Beginning in or about 2009, and continuing through in or about

May 2015, the defendant FORD knowingly and willfully devised and intended to devise a scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations and promises, that is, FORD sent e-mail messages to persons throughout the United States, falsely represented that he was an employee of Google Inc. (and other e-mail providers), and made other false statements, in an effort to obtain data, online account passwords, sexually explicit photographs, and other personally identifiable information, when in fact, FORD was not employed by Google Inc. or any other e-mail provider.

62.  On or about the date set forth below, the defendant FORD having devised and intending to devise a scheme and artifice to defraud the victims and to obtain money and property, including the victim's data, online account passwords, sexually explicit photographs, and other personally identifiable information, by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud, transmitted and caused to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, in violation of Title 18, United States Code, Sections 1343.

| Count | Victim | Wire Type | Sent From | Sent To | Date |
|-------|--------|-----------|-----------|---------|------|
| 17 | Jane Doe Ten | Phishing E-mail | U.K. | U.S. | March 2015 |

## Forfeiture Provision

63. As a result of committing one or more of the offenses alleged in Counts Ten through Seventeen of this Indictment, the defendant, MICHAEL C. FORD, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, constituting or derived from proceeds traceable to the offenses.

64. Additionally, as a result of committing the offenses alleged in Counts Ten through Sixteen of this Indictment, the defendant, MICHAEL C. FORD, shall forfeit to the United States, pursuant to Title 18 United States Code, Sections § 982(a)(2)(B), 1030(i), and 1030(j) all property, real and personal, constituting or derived from proceeds obtained directly or indirectly as a result of each offense and all personal property used or intended to be used to commit or to facilitate the commission of the offense.

65. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

 a.  cannot be located upon the exercise of due diligence;

 b.  has been transferred or sold to, or deposited with, a third person;

 c.  has been placed beyond the jurisdiction of the Court;

 d.  has been substantially diminished in value; or

 e. has been commingled with other property which cannot be subdivided without difficulty,

the United States intends, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 1030(i)(2), 18 U.S.C. § 982(b)(1), and 28 U.S.C. § 2461(c), to seek forfeiture

of any other property of such defendant up to the value of the forfeitable property.

A TRUE BILL:

Foreperson

LESLIE R. CALDWELL
ASSISTANT ATTORNEY GENERAL
U.S. Department of Justice, Criminal Division

Mona Sedky, Senior Trial Attorney
Jamie Perry, Trial Attorney

JOHN A. HORN
UNITED STATES ATTORNEY
Northern District of Georgia

Kamal Ghali
Assistant United States Attorney